Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Texas
(State)

Case number (If known): _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Speed Industrial Gas, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  86-2395432

4. **Debtor's address**

   Principal place of business

   1003 Brussels St.
   Number   Street

   San Antonio,   TX   78219
   City           State  ZIP Code

   Bexar County
   County

   Mailing address, if different from principal place of business

   Number   Street

   P.O. Box

   City           State  ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   City           State  ZIP Code

5. **Debtor's website (URL)**  speedindustrialgas.com

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Speed Industrial Gas, LLC**  Case number (if known) _____
     Name

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
4 2 3 8

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor     Speed Industrial Gas, LLC             Case number (if known) _____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☒ No
    ☐ Yes.   District _____ When ___/___/_____ Case number _____
               MM / DD / YYYY
            District _____ When ___/___/_____ Case number _____
               MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes.   Debtor _____ Relationship _____
             District _____ When ___/___/_____
                                               MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

       **Why does the property need immediate attention?** (Check all that apply.)

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
          What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?** _____
                                       Number      Street

                   _____
                   City                     State ZIP Code

       **Is the property insured?**
       ☐ No
       ☐ Yes. Insurance agency _____
              Contact name _____
              Phone _____

**Statistical and administrative information**

Debtor **Speed Industrial Gas, LLC**
Name

Case number (if known) _____

**13. Debtor's estimation of available funds**

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated assets**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10 / 22 / 2021
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Ernest W. ("Cotton") Speed, III
Printed name

Title  Owner/ Sole Member

| | | | |
|---|---|---|---|
| Debtor | Speed Industrial Gas, LLC | Case number (if known) | |
| | Name | | |

**18. Signature of attorney**    ✗ /s/ Lloyd A. Lim            Date  10/22/2021
　　　　　　　　　　　　　　　　Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

Lloyd A. Lim
Printed name

Balch & Bingham LLP
Firm name

811 Louisiana St. Suite 1010
Number　　Street

Houston　　　　　　　　　　　　　　　　　　　TX　　　77002
City　　　　　　　　　　　　　　　　　　　　　State　　ZIP Code

713-362-2557　　　　　　　　　　　　　llim@balch.com
Contact phone　　　　　　　　　　　　　　Email address

24056871　　　　　　　　　　　　　　　　TX
Bar number　　　　　　　　　　　　　　　　State

# WRITTEN CONSENT
# OF
# SOLE MEMBER
# OF
# SPEED INDUSTRIAL GAS, LLC

October 22, 2021

The undersigned, being the sole member (the "**Sole Member**") of Speed Industrial Gas, LLC (the "**Company**"), hereby takes, by written consent, the following actions and adopts the following resolutions by signing this written consent:

**WHEREAS**, the Sole Member, acting pursuant to the laws of the state of Texas or as otherwise may be applicable, has considered the financial and other aspects of the Company's business;

**WHEREAS**, the Sole Member has, over the last several months, analyzed each of the strategic alternatives available to the Company, and the impact of filing for Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**") on the Company's business;

**NOW, THEREFORE, BE IT RESOLVED**, that in the Sole Member's judgment, it is desirable and in the best interests of the Company and other interested parties that a petition be filed by the Company seeking relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas; and

**RESOLVED FURTHER**, that Ernest W. ("Cotton") Speed, III (hereinafter, "**Mr. Cotton**") is hereby authorized on behalf of the Company to execute, verify, and file all petitions, schedules, lists, and other papers or documents, and to take an perform any and all further actions and steps that Mr. Cotton deems necessary, desirable, and proper in connection with the Company's Chapter 11 case, with a view of the successful prosecution of such case and reorganization of the Company.

**IN WITNESS WHEREOF**, the undersigned, being the Sole Member of the Company, hereby indicates in writing its approval and consent of the foregoing resolutions, to be effective as of the date first written above.

                **SPEED INDUSTRIAL GAS, LLC:**

                */s/ Ernest W. Speed, III*
                Ernest W. ("Cotton") Speed, III
                Owner/Sole Member of Speed Industrial Gas, LLC

## List of Creditors

A1 FIRE & SAFETY
203 E Rhapsody Dr
San Antonio, TX 78216

AUTOMATIC DATA PROCESS
100 Northwest Point Blvd
Elk Grove Village, IL 60007

ADT SECURITY SERVICES
PO Box 371878
Pittsburgh, PA 15250

ALAMO CITY TRAILER
17515 IH 10 East
Luling, TX 78648

AMERISURE MUTUAL INS CO
Lockbox #730502
Dallas, TX 75373

Advanced Specialty Gas
135 Catron Dr
Reno, NV 89512

AMERICAN WELDING & GAS
PO Box 779009
Chicago, IL 60677

BALCH & BINGHAM LLP
PO Box 306
Birmingham, AL 35201

BROADWAY BANK
PO Box 171250
San Antonio, TX 78217

BLUE CROSS BLUE SHIELD
PO Box 650615
Dallas, TX 75265

BEST BLOCK
2233 Ackerman Rd
San Antonio, TX 78219

BLACKLINE
112 Lindell Pl, Ste 2202
San Antonio, TX 78212

BLANK, LLC
7209 Annabelle Ave
Baton Rouge, LA 70806

COMET SIGNS
5003 Stout Dr
San Antonio, TX 78219

CITY OF PLEASANTON
PO Box 209
Pleasanton, TX 78064

2

CPS ENERGY
PO Box 2678
San Antonio, TX 78289

FAST SIGNS
1714 SW Military Dr
San Antonio, TX 78221

CYLTEC
971 W Industrial Dr
Aurora, IL 60506

FLAME TECHNOLOGIES INC
703 Cypress Creek Rd
Cedar Park, TX 78613

STANLEY BLACK & DECKER
Dewalt Dept 1165
PO Box 121165
Dallas, TX 75312

FUELMAN
PO Box 70887
Charlotte, NC 28272

ENTERPRISE PRODUCTS
1100 Louisiana, 10th Floor
Houston, TX 77002

GAS AND SUPPLY
109 Nell Deane
Shertz, TX 78154

EVOLUTION POWER TOOLS
8363 Research Dr
Davenport, LA 52806

GRAINGER
4924 NW Loop 410
San Antonio, TX 78229

FREUD AMERICA
BA Diablo Tools
39817 Treasury Cntr
Chicago, IL 60694

IMPERIAL STEEL
PO Box 692228
San Antonio, TX 78269

FLEETCOR
PO Box 1239
Covington, LA 70434

IPS EQUIPMENT
PO Box 145
Byron, MI 48418

FLEXOVIT
PO Box 62005E
Baltimore, MD 21264

JARCO
8 Carpenter Dr
Salem, IL 62881

2

JBL SOLUTIONS
PO Box 82609
Baton Rouge, LA 70884

KAPLAN INDUSTRIES INC
6255 Kilby Rd
Harrison, OH 45030

KINECT COMMUNICATIONS
7700 Broadway 104-167
San Antonio, TX 78209

KWIK KOPY
6336 Bandera Rd
Ste 120
San Antonio, TX 78238

KLDISCOVERY ONTRACK, LLC
PO Box 845823
Dallas, TX 75284

KNIGHT OFFICE SOLUTIONS
12961 Park Central
Ste 1470
San Antonio, TX    78216

MURPHY BROS PAINT CO
PO Box 279
Friendswood, TX 77549

MARIO'S WELDING
10335 Ashbury Creek
San Antonio, TX 78245

LENCO
319 W Main St
Jackson, MO 63755

OFFICE DEPOT
PO Box 660113
Dallas, TX 75266

ORS NASCO
3706 Solutions Center
Chicago, IL 60677

PENNCOMP OUTSOURCED IT
PO Box 10570
Houston, TX 77206

PLASMA SYSTEMS
PO Box 41085
Houston, TX 77040

PROFAX
1603 N Main St
Pearland, TX 77581

PROPANE WORKS
4561 E Hwy 67
Ste B
Rainbow, TX 76077

3

QUALITY FASTNERS
10405 IH 35 North
San Antonio, TX 78233

QUALITY FENCE & WELDING
13115 Wetmore
San Antonio, TX 78247

QUILL LLC
PO Box 37600
Philadelpha, PA 19101

RATERMANN
601 Pinnacle Pl
Livermore, CA 94550

REVCO INDUSTRIES
dba Black Stallion Ind
10747 Norwalk Blvd
Santa Fe Springs, CA 90670

RISE BROADBAND
PO Box 844580
Boston, MA 02284

RUSH TRUCK LEASING
PO Box 34630
San Antonio, TX 78265

SANREX CORP
50 Seaview Blvd Port
Washington, NY 11050

SAN ANTONIO WATER SYSTEM
PO box 2990
San Antonio, TX 78299

SOWESCO, LLC
dba Pinnacle Alloys
9384 Wallisville Rd
Houston, TX 77013

TIME WARNER CABLE
dba Spectrum
PO box 60074
City of Industry, CA 91716

SAFTCART
1322 Industrial Park Dr
Clarksdale, MS 38614

STEELMAX TOOLS
15335 E Freemont Dr
Centennial, CO 80112

TECHNIWELD USA
PO Box 44226
Atlanta, GA 30336

TOYOTA LIFT OF SOUTH TX
PO Box 733593
Dallas, TX 75373

TORCH & GAUGE INC
2350 NW Dallas St

4

Grand Prairie, TX 75050

TOYOTA COMMERCIAL
PO Box 660926
Dallas, TX 75266

TX CHILD SUPPORT SDU
PO Box 659791
San Antonio, TX 78256

TEXPO ENERGY
PO Box 3079
Houston, TX 77253

TX TAG
PO Box 650749
Dallas, TX 75265

ULINE
PO Box 88741
Chicago, IL 60680

UNIBRAZE CORP
1050 Penner Crest St
Houston, TX 77055

VALERO MARKETING & SUPPL
One Valero Way
San Antonio, TX 78249

VICTORY WELDING ALLOYS
30 Cypress Point Dr
Pinehurst, NC 28374

WASHINGTON ALLOY CO
4855 Alpine Dr #190
Stafford, TX 77477

WASTE CONNECTIONS
dba Vaquero Waste & Recycle
PO Box 679859
Dallas, TX 75267

WESTERN INTL GAS & CYL
PO Box 847909
Dallas, TX 75284

WELDING MACHINE & TORCH
7110 Eckhert Rd
San Antonio, TX 78238

WORTHINGTON CYLINDER CRP
27406 Network Place
Chicago, IL 60673

5