# EXHIBIT A-1

10/22/2021    re:SearchTX - MATHESON TRI-GAS, INC. -VS- SPEED INDUSTRIAL GAS, LLC, JOSH BALDAUF, SCOTT BURRIS, JASON FULCHER, BRIAN JACKSON, ROBERT LEAL, DANIEL OLIVAREZ, AND…

21-51297      Doc#2-1   Filed 10/23/21   Entered 10/23/21 13:36:41   Exhibit A-1 (State Court Action Docket)   Pg 2 of 3

https://research.txcourts.gov/CourtRecordsSearch/ViewCasePrint/13cd0a275cfe5f72a764a3c05575307d

# Case Information

## MATHESON TRI-GAS, INC. -VS- SPEED INDUSTRIAL GAS, LLC, JOSH BALDAUF, SCOTT BURRIS, JASON FULCHER, BRIAN JACKSON, ROBERT LEAL, DANIEL OLIVAREZ, AND RICHARD SCHOBINGER

21-08-0714-CVA

| Location | Case Category | Case Type |
|---|---|---|
| Atascosa County - District Clerk | Civil - Other Civil | Other Civil |

## Parties [9]

| Type | Name | Attorneys |
|---|---|---|
| Plaintiff | MATHESON TRI-GAS, INC. | SEELY,CHARLES "MIKE" MICHAEL |
| Defendant | BALDAUF, JOSH | MARBLE,REAGAN M. |
| Defendant | BURRIS, SCOTT | BLAIR,TRACE R. |
| Defendant | FULCHER, JASON | |
| Defendant | JACKSON, BRIAN | |
| Defendant | LEAL, ROBERT | |
| Defendant | OLIVAREZ, DANIEL | |
| Defendant | SCHOBINGER, RICHARD | |
| Defendant | SPEED INDUSTRIAL GAS, LLC | MANN,JULIA W. |

## Events [27]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 8/20/2021 | Filing | Petition | Plaintiff's Verified Original Petition, Request for Temporary Restraining Order and Temporary and Permanent Injunctions | Combine.pdf |
| 8/23/2021 | Filing | Motion (No Fee) | Defendants' Unopposed Motion for Admission Pro Hac Vice for Adam K. Israel | SIG_Matheson_ PHV Motion for A. Israel.pdf |
| 8/23/2021 | Filing | No Fee Documents | Rule 11 Agreement | RULE 11 AGREEMENT.pdf |
| 8/30/2021 | Filing | Proposed Order | Agreed Confidentiality & Protective Order | Agreed Protective Order.pdf |
| 9/3/2021 | Filing | Answer/Response | Defendants' Answer | Defendants' Answer to Petition.pdf |
| 9/7/2021 | Filing | No Fee Documents | Matheson Tri-Gas, Inc.'s Rule 193.7 Notice | Rule 193.7.pdf |
| 9/7/2021 | Filing | Notice | Notice of Subpoena (EPMP Ltd) | Notice of Subpoena (EPMP Ltd).pdf |
| 9/7/2021 | Filing | Notice | Notice of Subpoena (Scott Oberheide) | Notice of Subpoena (Scott Oberheide).pdf |
| 9/9/2021 | Filing | No Fee Documents | Subpoena (Scott Oberheide) Return of Service | Subpoena (Scott Oberheide) Return of Service.pdf |
| 9/10/2021 | Filing | Motion for Contempt | Plaintiff Matheson Tri-Gas, Inc.'s Verified Motion for Issuance of Show Cause Order, Contempt, Sanctions, and Emergency Hearing | Verified Motion.pdf |
| 9/10/2021 | Filing | Notice | Notice of Hearing | Notice of Hearing.pdf |
| 9/13/2021 | Filing | Motion (No Fee) | Motion to Withdraw | Motion to Withdraw.pdf |
| 9/13/2021 | Filing | Notice | Notice of Hearing | Notice of Hearing - Motion to Withdraw.pdf |
| 9/13/2021 | Filing | No Fee Documents | E.P.M.P., LTD. Subpoena Return of Service | E.P.M.P. LTD. AOS.pdf |
| 9/14/2021 | Filing | Motion (No Fee) | Motion for Continuance of Emergency Hearing | Motion to Continue Emergency Hearing.pdf |
| 9/14/2021 | Filing | Motion (No Fee) | Motion to Quash Deposition | Motion to Quash Depositions Notices.pdf |

10/22/2021, re:SearchTX - MATHESON TRI-GAS, INC. VS SPEED INDUSTRIAL GAS, LLC, BRIAN J. STATEN, ROBERT LEAL, DANIEL OLIVAREZ, AND…

21-51297.cag Doc#2-1 Filed 10/23/21 Entered 10/23/21 13:36:41 Exhibit A-1 (State Court Action Docket) Pg 3 of 3

| Date | Filing Event | Motion (No Fee) Type | Comments | Documents |
|---|---|---|---|---|
| 9/14/2021 | Filing | Motion (No Fee) | Motion to Quash Deposition Notices | Motion to Quash Depositions Notices.pdf |
| 9/14/2021 | Filing | Answer/Response | Matheson Tri-Gas, Inc.'s Response to Defendant Speed Industrial Gas, LLC???s Motion to Quash Depositions | MTG's Response to Speed's MTQ.pdf |
| 9/14/2021 | Filing | Notice | Amended Notice of Hearing | Amended Notice of Hearing - MTW MTC MTQ.pdf |
| 9/14/2021 | Filing | Amended Filing | Amended Motion to Withdraw and Substitute | Amended Motion to Withdraw and Substitute.pdf |
| 9/14/2021 | Filing | Amended Filing | Second Amended Notice of Hearing | 2nd Amended Notice of Hearing MTW+S MTC MTQ.pdf |
| 9/14/2021 | Filing | Answer/Response | Matheson Tri-Gas, Inc.'s Response to Defendant Speed Industrial Gas, LLC???s Motion to Continue Emergency Hearing | Matheson's Response to Speed's MTC.pdf |
| 9/14/2021 | Filing | Amended Filing | Amended Motion to Continue Emergency Hearing | Motion to Continue Emergency Hearing.pdf |
| 9/15/2021 | Filing | No Fee Documents | 2021-09-15 Rule 11 Agreement | 2021-09-15 Rule 11 Agreement.pdf |
| 9/28/2021 | Filing | Amended Filing | Plaintiff's Verified First Amended Petition and Request for Temporary and Permanent Injunctions | Verified First Amended Petition.pdf |
| 9/30/2021 | Filing | Notice | Defendants' Notice of Non-Opposition to Entry of Temporary Injunction | Notice of Non-Opposition to Entry of TI.pdf |
| 10/5/2021 | Filing | Request | 2021-10-05 Clerk Letter | 2021-10-05 Clerk Letter.pdf |
| 10/6/2021 | Filing | No Fee Documents | Reporter Certification Oral Videotaped Deposition of CLINT PLANT | Reporter Certification Deposition of Clint Plant.pdf |

© 2021 Tyler Technologies, Inc. | All Rights Reserved
Version: 2021.9.0.3284


EMPOWERED BY TYLER TECHNOLOGIES