# EXHIBIT A-2

CAUSE NO. 2021-08-0714-CVA

| | | |
|---|---|---|
| **MATHESON TRI-GAS, INC.** | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § | |
| v. | § § | |
| **SPEED INDUSTRIAL GAS, LLC, JOSH BALDAUF, SCOTT BURRIS, JASON FULCHER, BRIAN JACKSON, ROBERT LEAL, DANIEL OLIVAREZ, and RICHARD SCHOBINGER,** | § § § § § § § | ATASCOSA COUNTY, TEXAS |
| *Defendants.* | § | 81ST/218TH JUDICIAL DISTRICT |

## DEFENDANTS' UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE FOR ADAM K. ISRAEL

Defendants, through one of its attorneys of record, Julia W. Mann, a member of the State Bar of Texas in good standing, moves this Court to permit Adam K. Israel to appear *Pro Hac Vice* in the case representing the interests of SPEED INDUSTRIAL GAS, LLC, JOSH BALDAUF, SCOTT BURRIS, JASON FULCHER, BRIAN JACKSON, ROBERT LEAL, DANIEL OLIVAREZ, and RICHARD SCOBINGER ("Defendants") so that he may appear before this Court in all matters pertaining to this action. As grounds in support of this Motion, Defendants state as follows.

I

Defendants desire to have Adam K. Israel appear in this case as he is counsel for them in connection with this case.

Filed 8/23/2021 8:20 AM
Margaret E. Littleton
District Clerk
Atascosa County, Texas
Reviewed By: Margaret Littleton

29897515v.1

II

Adam K. Israel is a member of the law firm of Balch & Bingham, LLP and is admitted to practice law before the state court of Alabama. As attested by Adam K. Israel in the attached declaration, he is a member of the state bar of Alabama, is in good standing in every jurisdiction where he has been admitted to practice, and there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction. *See* **Exhibit A**. On behalf of the law firm of Jackson Walker LLP, I hereby agree to be associated with non-resident attorney Adam K. Israel in this case. I hereby represent and affirm to the Court that attorney Adam K. Israel possesses the requisite character, integrity and professional abilities justifying his admission *pro hac vice*.

WHEREFORE PREMISES CONSIDERED, Defendants through their counsel of record, respectfully request that this Court grant this Motion and admit Adam K. Israel *pro hac vice* in this matter.

Respectfully submitted,

**JACKSON WALKER LLP**
112 E. Pecan, Suite 2400
San Antonio, Texas 78205
(210) 978-7700 – Phone
(210) 978-7790 – Fax

By: */s/ Julia W. Mann*
Julia W. Mann
State Bar No. 00791171
jmann@jw.com
Reagan M. Marble
State Bar No. 24087971
rmarble@jw.com

*ATTORNEYS FOR SPEED INDUSTRIAL GAS, LLC, JOSH BALDAUF, SCOTT BURRIS, JASON FULCHER, BRIAN JACKSON, ROBERT LEAL, DANIEL OLIVAREZ, and RICHARD SCOBINGER*

## CERTIFICATE OF CONFERENCE

Counsel for Defendants and counsel for Plaintiffs conferred on August 22, 2021 by e-mail regarding Defendants' Motion for Admission *Pro Hac Vice* of Adam K. Israel, and Plaintiffs' counsel has indicated that he is unopposed to the Motion.

/s/ *Julia W. Mann*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

Mike Seely
mseely@foley.com
Texas Bar No. 24054148
Michael F. Ryan
mryan@foley.com
Texas Bar No. 24098362
Rey Rodrigues IV
rrodrigueziv@foley.com
Texas Bar No. 24107357
1000 Louisiana Street, Suite 200
Houston, Texas 77002-5007
Telephone: (713) 276-5000
Facsimile: (713) 276-5555

/s/ *Julia W. Mann*

29897515v.1

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Emily Kissler on behalf of Julia Mann
Bar No. 00791171
ekissler@jw.com
Envelope ID: 56536631
Status as of 8/23/2021 2:20 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rachel Thompson | 24093258 | rkubanda@balch.com | 8/23/2021 8:20:17 AM | SENT |
| Michael Ryan | | mryan@foley.com | 8/23/2021 8:20:17 AM | SENT |
| Mike Seely | | mseely@foley.com | 8/23/2021 8:20:17 AM | SENT |
| Rey Rodriguez | | rrodrigueziv@foley.com | 8/23/2021 8:20:17 AM | SENT |
| Julia Mann | | jmann@jw.com | 8/23/2021 8:20:17 AM | SENT |
| Reagan Marble | | rmarble@jw.com | 8/23/2021 8:20:17 AM | SENT |
| Emily Kissler | | ekissler@jw.com | 8/23/2021 8:20:17 AM | SENT |